IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| **ROBERT D. TALBOT,** | ) | CASE NO. 07-11871 |
| | ) | |
| Debtor(s). | ) | Hon. Eugene R. Wedoff |

## TRUSTEE'S FINAL REPORT

Ronald R. Peterson, not individually but as Trustee for Robert D. Talbot (the "Debtor"), respectfully submits to the Court and to the United States Trustee his Final Report in accordance with 11 U.S.C. § 704(9), and states:

1. The Petition commencing this case was filed on July 3, 2007. Ronald R. Peterson was appointed Trustee on July 3, 2007. The Trustee's bond in this case is included as part of the Trustee's blanket bond coverage.

2. The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee has not found it advisable to oppose the Debtor's discharge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3. The disposition of the estate property is set forth in Exhibit B. The scheduled value of property abandoned is $0.00. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4. A summary of the Trustee's Final Report as of December 31, 2008 is as follows:

| | | |
|---|---|---:|
| (a) | RECEIPTS (see Exhibit C): | $2,503.62 |
| (b) | DISBURSEMENTS (see Exhibit C): | $0.00 |
| (c) | NET CASH available for distribution: | $2,503.62 |
| (d) | TRUSTEE/PROFESSIONAL COSTS: | |

    i) Trustee's compensation requested (See Exhibit E)

| | |
|---|---:|
| Fee | $625.91 |
| Expenses | $65.38 |

    ii) Compensation requested by attorney for the Trustee (See Exhibit F)

| | |
|---|---:|
| Fee | $0.00 |
| Expenses | $0.00 |

    iii) Compensation requested by Accountant for the Trustee (See Exhibit G)

| | |
|---|---:|
| Fee | $0.00 |
| Expenses | $0.00 |

5. The Bar Date for filing unsecured claims expired on November 13, 2007.

6. All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee (See Exhibit D). The actual dollar amount of claims allowed and/or requested for this estate is as follows:

| | | |
|---|---|---:|
| (a) | Allowed unpaid secured claims | $0.00 |
| (b) | Chapter 7 administrative and 28 U.S.C. § 1930 claims | $691.29 |
| (c) | Allowed Chapter 11 administrative claims | $0.00 |
| (d) | Allowed priority claims | $12,546.63 |
| (e) | Allowed unsecured claims | $93,266.21 |

7. Trustee proposed that unsecured creditors receive a distribution of 0% of allowed claims.

8. Total compensation previously awarded to Trustee's counsel, accountants or other professionals was $0.00. Trustee's attorneys, accountants, or other professionals' compensation

2

requested but not yet allowed is $0.00. The total of Chapter 7 professional fees and expenses requested for final allowance is $0.00 (See Exhibit G).

9. A fee of $2,400.00 was paid to Debtor's counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. § 329.

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§ 330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowance of the administrative claims and expenses stated in this Report, and for such other relief as the Court shall deem proper.

                Respectfully submitted,

                _____/s/ Ronald R. Peterson_____
                RONALD R. PETERSON, not individually but as
                Trustee for Robert D. Talbot

Ronald R. Peterson (02188473)
JENNER & BLOCK LLP
330 North Wabash Avenue
Chicago, IL 60611
PH:   (312) 923-2981
FAX:  (312) 840-7381

Dated: January 20, 2009

## TASKS PERFORMED BY TRUSTEE

(Describe tasks performed and results achieved. Major tasks are summarized in paragraph form below.)

- A. Conducted Meeting of Creditors pursuant to 11 U.S.C. § 341 and discovery regarding recovery of assets.

- B. Settled preference lawsuit claims against the Debtor's sister.

- C Reviewed and analyzed all of the claims filed.

- D. Prepared report on checking claims and Trustee's Report and Final Account.

**EXHIBIT A - PAGE 1**

**DISPOSITION OF ESTATE PROPERTY**

**(SEE ATTACHED FORM 1)**

**EXHIBIT B - PAGE 1**

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Case No: 07-11871 ERW Judge: EUGENE R. WEDOFF
Case Name: TALBOT, ROBERT D
For Period Ending: 01/20/09

Trustee Name: RONALD R. PETERSON
Date Filed (f) or Converted (c): 07/03/07 (f)
341(a) Meeting Date: 08/06/07
Claims Bar Date: 11/13/07

Page: 1

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. HARRIS BANK (3 ACCTS) | 50.00 | 0.00 | | 0.00 | 0.00 |
| 2. 3 ACCTS @ CHARTER ONE | 150.00 | 0.00 | | 0.00 | 0.00 |
| 3. CHASE - CHECKING | 500.00 | 0.00 | | 0.00 | 0.00 |
| 4. FURNISHINGS, TV, MISC | 3,000.00 | 0.00 | | 0.00 | 0.00 |
| 5. BEDROOM, LIVING ROOM, DINING ROOM (TO BE SURRENDER | 0.00 | 0.00 | | 0.00 | 0.00 |
| 6. CLOTHING | 200.00 | 0.00 | | 0.00 | 0.00 |
| 7. 2 TERM POLICIES (PRUDENTIAL) | 0.00 | Unknown | | 0.00 | Unknown |
| 8. 2001 OLDS AURURA (TO BE REAFFIRMED) | 5,000.00 | 0.00 | | 0.00 | 0.00 |
| 9. Preference action (u) Preference Action against sister for $3,100. Will propose to the Court that it should be settled for $2,500 on the basis of poverty. | 0.00 | 3,100.00 | | 2,500.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 3.62 | Unknown |
| TOTALS (Excluding Unknown Values) | $8,900.00 | $3,100.00 | | $2,503.62 | $0.00 |

Gross Value of Remaining Assets
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee and the Debtor's sister have settled the adversary case. The Trustee is in receipt of preferential payment to the Debtor's sister and estimates that his Final Report will be filed by 2/1/09.

Initial Projected Date of Final Report (TFR): 12/31/09    Current Projected Date of Final Report (TFR): 02/01/09

LFORM1                                                                                                                    Ver: 14.21

## RECEIPTS AND DISBURSEMENTS

**(SEE ATTACHED FORM 2)**
**Include Notice Fixing Time for Filing Claims With Service List**

EXHIBIT C - PAGE 1

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Case No:         07-11871 -ERW
Case Name:       TALBOT, ROBERT D
Taxpayer ID No:  *******6073
For Period Ending: 01/20/09

Trustee Name:    RONALD R. PETERSON
Bank Name:       BANK OF AMERICA, N.A.
Account Number / CD #: *******6845  Money Market Account (Interest Earn
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/11/07 | 9 | Barbara J. Warner<br>2300 Balmoral Drive<br>Frankfurt, Illinois | Preference | 1241-000 | 500.00 | | 500.00 |
| 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 0.12 | | 500.12 |
| 01/24/08 | 9 | Ms. Barbara Warner | Preference Settlement | 1241-000 | 500.00 | | 1,000.12 |
| 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 0.22 | | 1,000.34 |
| 02/14/08 | 9 | Barbara J. Warner<br>2300 Balmoral Drive<br>Frankfurt, Il. | | 1241-000 | 500.00 | | 1,500.34 |
| 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.300 | 1270-000 | 0.28 | | 1,500.62 |
| 03/17/08 | 9 | Barbara Warner<br>2300 Balmoral Drive<br>Frankfurt, Illinois 60423 | | 1241-000 | 500.00 | | 2,000.62 |
| 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 0.39 | | 2,001.01 |
| 04/11/08 | 9 | Barbara J. Warner<br>23000 Balmoral Drive<br>Frankfurt, Illinos 60423 | Preference Recovery | 1241-000 | 500.00 | | 2,501.01 |
| 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 0.46 | | 2,501.47 |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.32 | | 2,501.79 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.31 | | 2,502.10 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.32 | | 2,502.42 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.32 | | 2,502.74 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.31 | | 2,503.05 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.24 | | 2,503.29 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.20 | | 2,503.49 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.13 | | 2,503.62 |

Page Subtotals  2,503.62  0.00

LFORM24                                                                  Ver: 14.21

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

| Case No: | 07-11871 -ERW | Trustee Name: | RONALD R. PETERSON |
| Case Name: | TALBOT, ROBERT D | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | ******6845 Money Market Account (Interest Earn |
| Taxpayer ID No: | ******6073 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| For Period Ending: | 01/20/09 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|   |   |   |   |   |
|---|---|---|---|---|
| COLUMN TOTALS | | | 2,503.62 | 0.00 | 2,503.62 |
| Less: Bank Transfers/CD's | | | 0.00 | 0.00 | |
| Subtotal | | | 2,503.62 | 0.00 | |
| Less: Payments to Debtors | | | | 0.00 | |
| Net | | | 2,503.62 | 0.00 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market Account (Interest Earn - ********6845 | 2,503.62 | 0.00 | 2,503.62 |
| | 2,503.62 | 0.00 | 2,503.62 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand  0.00 |

Page Subtotals          0.00        0.00

Ver: 14.21

LFORM24

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| **ROBERT D. TALBOT,** | ) | **CASE NO. 07-11871** |
| | ) | |
| Debtor(s). | ) | Hon. Eugene R. Wedoff |

## DISTRIBUTION REPORT

I, Ronald R. Peterson, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distributions.

### SUMMARY OF DISTRIBUTION

| | |
|---|---:|
| Chapter 7 Administrative Expenses: | $691.29 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims § (507(a)(3)-(a)(6)): | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $1,812.33 |
| General Unsecured Claims: | $0.00 |
| Other: Secured Claim | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED** | **$2,503.62** |

**EXHIBIT D - PAGE 1**

| 1. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 100% |
|---|---|---|---|
| | § 726 (a) and (b) and § 507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. § 1930(6)) | $691.29 | $691.29 |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| | Trustee<br>  Fees<br>  Expenses | $625.91<br>$65.38 | $625.91<br>$65.38 |
| | Jenner & Block<br>  Fees<br>  Expenses | $0.00<br>$0.00 | $0.00<br>$0.00 |

| 2. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
| | § 726 (a) and (b) and § 507(a)(1) (debtor-in-possession (DIP) administrative expenses) | $0.00 | $0.00 |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A | | $0.00 | $0.00 |

| 3. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
| | § 507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to § 502(f) | $0.00 | $0.00 |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A | | $0.00 | $0.00 |

**EXHIBIT D - PAGE 2**

| 4. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
|  | § 507(a)(3) - Wages, salaries or commissions limited to $4,000 | $0.00 | $0.00 |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A |  | $0.00 | $0.00 |

| 5. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
|  | § 507(a)(4) - Contributions to Employee Benefit Plans | $0.00 | $0.00 |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A |  | $0.00 | $0.00 |

| 6. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
|  | § 507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,000 | $0.00 | $0.00 |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A |  | $0.00 | $0.00 |

| 7. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
|  | § 507(a)(6) - Deposits by consumers to the extent of $1,800 | $0.00 | $0.00 |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A |  | $0.00 | $0.00 |

<u>**EXHIBIT D - PAGE 3**</u>

| 8. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 14.44475528% |
|---|---|---|---|
| | § 724(b) - Tax liens | $12,546.63 | $1,812.33 |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| 6 | Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 21126<br>Philadelphia, PA  19114 | $12,546.63 | $1,812.33 |

| 9. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
| | § 507(a)(8) - Tax claims excluding fines and penalties | $0.00 | $0.00 |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A | | $0.00 | $0.00 |

| 10. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
| | § 507(a)(9) - Capital commitments to Federal Depository Institutions | $0.00 | $0.00 |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A | | $0.00 | $0.00 |
| | | | |

<u>EXHIBIT D - PAGE 4</u>

| 11. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0% |
|---|---|---|---|
| | § 726(a)(2) - General claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $93,266.21 | $0.00 |
| **Claim No.** | **Creditor** | **Amount of Allowed Claim** | **Amount of Dividend** |
| 1 | Capital Recovery One<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131 | $1,791.31 | $0.00 |
| 2 | Capital Recovery One<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131 | $3,213.88 | $0.00 |
| 3 | Charter One Bank/Citizens<br>c/o Donald Newman<br>11 South LaSalle Street<br>Suite 1500<br>Chicago, IL 60603 | $22,923.06 | $0.00 |
| 4 | HSBC Mortgage Services<br>Virginia Beach, VA 23450 | $45,334.46 | $0.00 |
| 5 | RBS Citizens, N.A.<br>P.O. Box 7054<br>Bridgeport, CT 06601 | $5,196.92 | $0.00 |
| 7 | Commission Express of West Chicago<br>c/o Kori M. Bazanos<br>211 West Wacker Drive<br>Suite 1200<br>Chicago, IL 60606 | $13,099.00 | $0.00 |
| 8 | eCAST Settlement Corporation<br>  assignee of HSBC Bank<br>  Nevada NA/HSBC Card<br>  Services III<br>P.O. Box 35480<br>Newark, NJ 07193-5480 | $1,707.58 | $0.00 |

| 12. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND |
|---|---|---|---|

**EXHIBIT D - PAGE 5**

|  |  |  | 0.00% |
|---|---|---|---|
|  | § 726(a)(3) - Late unsecured claims | $0.00 |  |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A |  | $0.00 | $0.00 |
| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|  | § 726(a)(4) -Fines/Penalties | $0.00 |  |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A |  | $0.00 | $0.00 |

| 14. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
|  | § 726(a)(5) - Interest | $0.00 |  |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A |  | $0.00 | $0.00 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| N/A |  |  |  |  |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

Dated: _____, 2009        _____/s/ Ronald R. Peterson_____
                                                                                      Trustee

**EXHIBIT D - PAGE 6**