**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| **ROBERT D. TALBOT**, | ) | **CASE NO. 07-11871** |
| | ) | |
| Debtor(s). | ) | Hon. Eugene R. Wedoff |

**NOTICE OF TRUSTEE'S FINAL REPORT,
HEARING ON APPLICATIONS FOR COMPENSATIONS, AND
<u>HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE</u>**

TO THE DEBTOR(S), CREDITORS AND OTHER PARTIES IN INTEREST:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   At:   United States Bankruptcy Court
          219 South Dearborn Street
          Courtroom 744
          Chicago, IL  60604

   On: **March 18, 2009**       Time: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to pending applications and transacting such other business as may be properly noticed before the Court. **ATTENDANCE BY THE DEBTOR AND THE CREDITORS IS WELCOMED BUT IS NOT REQUIRED**.

3. The Trustees Final Report shows total:

   | | | |
   |---|---|---|
   | a. | Receipts | $2,503.62 |
   | b. | Disbursements | $     0.00 |
   | c. | Net Cash Available for Distribution | $2,503.62 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| Ronald R. Peterson, Trustee | $0.00 | $625.91 | $65.38 |
| Jenner & Block LLP, Attorney/Trustee | $0.00 | $0.00 | $0.00 |
| N/A, Accountant/Trustee | $0.00 | $0.00 | $0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| N/A | $0.00 | $0.00 | $0.00 |

6. In addition to the expenses of administration that may be allowed by the Court, priority claims totaling $12,546.63 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 14.44475528%.

Allowed priority claims are:

| CLAIM NUMBER | CLAIMANT | AMOUNT OF CLAIM | PROPOSED PAYMENT |
|---|---|---|---|
| 6 | Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 21126<br>Philadelphia, PA 19114 | $12,546.63 | $1,812.33 |

7. Claims of general unsecured creditors totaling $93,266.21 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 0%. Allowed general unsecured claims are as follows:

| CLAIM NUMBER | CLAIMANT | AMOUNT OF CLAIM | PROPOSED PAYMENT |
|---|---|---|---|
| 1 | Capital Recovery One<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131 | $1,791.31 | $0.00 |

| | | | |
|---|---|---|---|
| 2 | Capital Recovery One<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL  33131 | $3,213.88 | $0.00 |
| 3 | Charter One Bank/Citizens<br>c/o Donald Newman<br>11 South LaSalle Street<br>Suite 1500<br>Chicago, IL  60603 | $22,923.06 | $0.00 |
| 4 | HSBC Mortgage Services<br>Virginia Beach, VA  23450 | $45,334.46 | $0.00 |
| 5 | RBS Citizens, N.A.<br>P.O. Box 7054<br>Bridgeport, CT  06601 | $5,196.92 | $0.00 |
| 7 | Commission Express of West Chicago<br>c/o Kori M. Bazanos<br>211 West Wacker Drive<br>Suite 1200<br>Chicago, IL  60606 | $13,099.00 | $0.00 |
| 8 | eCAST Settlement Corporation<br> assignee of HSBC Bank<br> Nevada NA/HSBC Card<br> Services III<br>P.O. Box 35480<br>Newark, NJ  07193-5480 | $1,707.58 | $0.00 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the Office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of the Court.

10. The debtor has been discharged.

11.     The Trustee proposes to abandon the following property at the hearing:

       0.00

Dated:  **February 20, 2009**                           For the Court,

                                               **KENNETH S. GARDNER**
                                               Kenneth S. Gardner
                                               Clerk of the U.S. Bankruptcy Court
                                               219 S. Dearborn Street, 7th Floor
                                               Chicago, IL  60604

Ronald R. Peterson (02188473)
JENNER & BLOCK LLP
330 North Wabash Avenue
Chicago, IL  60611
PH:     (312) 923-2981
FAX:  (312) 840-7381