**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| **ROBERT D. TALBOT**, | ) | **CASE NO. 07-11871** |
| | ) | |
| Debtor(s). | ) | Hon. Eugene R. Wedoff |

**NOTICE OF TRUSTEE'S FINAL REPORT,
HEARING ON APPLICATIONS FOR COMPENSATIONS, AND
<u>HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE</u>**

TO THE DEBTOR(S), CREDITORS AND OTHER PARTIES IN INTEREST:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   At:   United States Bankruptcy Court
         219 South Dearborn Street
         Courtroom 744
         Chicago, IL 60604

   On: **March 18, 2009**      Time: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to pending applications and transacting such other business as may be properly noticed before the Court. **ATTENDANCE BY THE DEBTOR AND THE CREDITORS IS WELCOMED BUT IS NOT REQUIRED**.

3. The Trustees Final Report shows total:

   | | | |
   |---|---|---|
   | a. | Receipts | $2,503.62 |
   | b. | Disbursements | $     0.00 |
   | c. | Net Cash Available for Distribution | $2,503.62 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| Ronald R. Peterson<br>Trustee | $0.00 | $625.91 | $65.38 |
| Jenner & Block LLP<br>Attorney/Trustee | $0.00 | $0.00 | $0.00 |
| N/A<br>Accountant/Trustee | $0.00 | $0.00 | $0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| N/A | $0.00 | $0.00 | $0.00 |

6. In addition to the expenses of administration that may be allowed by the Court, priority claims totaling $12,546.63 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 14.44475528%.

Allowed priority claims are:

| CLAIM NUMBER | CLAIMANT | AMOUNT OF CLAIM | PROPOSED PAYMENT |
|---|---|---|---|
| 6 | Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 21126<br>Philadelphia, PA  19114 | $12,546.63 | $1,812.33 |

7. Claims of general unsecured creditors totaling $93,266.21 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 0%. Allowed general unsecured claims are as follows:

| CLAIM NUMBER | CLAIMANT | AMOUNT OF CLAIM | PROPOSED PAYMENT |
|---|---|---|---|
| 1 | Capital Recovery One<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL  33131 | $1,791.31 | $0.00 |

2

| | | | |
|---|---|---|---|
| 2 | Capital Recovery One<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL  33131 | $3,213.88 | $0.00 |
| 3 | Charter One Bank/Citizens<br>c/o Donald Newman<br>11 South LaSalle Street<br>Suite 1500<br>Chicago, IL  60603 | $22,923.06 | $0.00 |
| 4 | HSBC Mortgage Services<br>Virginia Beach, VA  23450 | $45,334.46 | $0.00 |
| 5 | RBS Citizens, N.A.<br>P.O. Box 7054<br>Bridgeport, CT  06601 | $5,196.92 | $0.00 |
| 7 | Commission Express of West Chicago<br>c/o Kori M. Bazanos<br>211 West Wacker Drive<br>Suite 1200<br>Chicago, IL  60606 | $13,099.00 | $0.00 |
| 8 | eCAST Settlement Corporation<br>  assignee of HSBC Bank<br>  Nevada NA/HSBC Card<br>  Services III<br>P.O. Box 35480<br>Newark, NJ  07193-5480 | $1,707.58 | $0.00 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the Office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of the Court.

10. The debtor has been discharged.

11. The Trustee proposes to abandon the following property at the hearing:

       0.00

Dated:  **February 20, 2009**　　　　　　　　　　For the Court,

                                                   **KENNETH S. GARDNER**
                                                   Kenneth S. Gardner
                                                   Clerk of the U.S. Bankruptcy Court
                                                   219 S. Dearborn Street, 7th Floor
                                                   Chicago, IL  60604

Ronald R. Peterson (02188473)
JENNER & BLOCK LLP
330 North Wabash Avenue
Chicago, IL  60611
PH:    (312) 923-2981
FAX:  (312) 840-7381

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: amcc7                  Page 1 of 2                  Date Rcvd: Feb 20, 2009
Case: 07-11871                 Form ID: pdf002              Total Served: 33


The following entities were served by first class mail on Feb 22, 2009.
db          +Robert D Talbot,    20519 S. Hutchinson Ave,    Chicago Heights, IL 60411-1945
11459240    +AMO,    PO Box 926100,    Norcross, GA 30010-6100
11541643    +Barb Warner,    15941 S Harlem Ave Unit 144,    Tinley Park, IL 60477-1609
11459241    +Beneficial,    PO Box 17574,    Baltimore, MD 21297-1574
11459242    +Biehl & Biehl,    PO Box 66415,    Chicago, IL 60666-0415
11459248    +CIT Group,    PO Box 24610,    Oklahoma City, OK 73124-0610
11459243    +Capital One,    PO Box 85015,    Richmond, VA 23285-5015
11459244    +Capital One Bank,    PO Box 60024,    City Of Industry, CA 91716-0024
11459246    +Charter One Bank,    1215 Superior Ave,    Cleveland, OH 44114-3299
11459245    +Charter One Bank,    PO Box 9665,    Providence, RI 02940-9665
11577161    +Charter One Bank/Citizens,    c/o Donald Newman,    11 S. LaSalel St, Ste:1500,
              Chicago, Illinois 60603-1224
11459247    +Chase Cardmember Service,    PO Box 15153,    Wilmington, DE 19886-5153
11459249    +Commission Express of West Chicago,    c/o Kori M. Bazanos,    211 W. Wacker Drive, Ste 1200,
              Chicago, Il 60606-1379
11459250    +Daily Southtown,    6901 W 159th,    Tinley Park, IL 60477-1684
11459251    +Donald L Newman and Assoc,    11 S Lasalle St, Suite 1500,    Chicago, IL 60603-1224
11459252   ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
              GRAND RAPIDS MI 49546-6253
              (address filed with court: Fifth Third Bank,    38 Fountain Square Plaza,    Cincinnati, OH 45263)
11459253    +First Premier Bank,    PO Box 5147,    Sioux Falls, SD 57117-5147
11459254    +HSBC Card Services,    PO Box 17051,    Baltimore, MD 21297-1051
11459255     HSBC Mortgage Services,    Virginia Beach, VA 23450
11626182   ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
              PHILADELPHIA PA 19114-0326
              (address filed with court: Internal Revenue Service,    Centralized Insolvency Operations,
              P.O. Box 21126,    Philadelphia, Pa 19114)
11459256    +Ingalls Memorial Hospital,    One Ingalls Dr,    Harvey, IL 60426-3591
11515091    +Internal Revenue Service,    Associate Area Counsel,    200 W Adams St Ste 2300,
              Chicago, IL 60606-5231
11459259    +Merrick Bank,    PO Box 5721,    Hicksville, NY 11802-5721
11459260    +Nissan Motor Acceptance,    PO Box 650424,    Dallas, TX 75265-0424
11638387    +RBS Citizens, N.A.,    PO Box 7054,    Briegeport CT 06601-7054
11459261    +WFNNB Harlem Furniture,    PO Box 659704,    San Antonio, TX 78265-9704
11722511     eCAST Settlement Corporation assignee of,    HSBC Bank Nevada NA / HSBC Card,    Services III,
              POB 35480,    Newark NJ 07193-5480

The following entities were served by electronic transmission on Feb 20, 2009.
12407626    +E-mail/PDF: rmscedi@recoverycorp.com Feb 20 2009 23:42:30     Capital Recovery One,
              25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
11459257    +E-mail/PDF: gecsedi@recoverycorp.com Feb 20 2009 23:42:14     JC Penney,    PO Box 960001,
              Orlando, FL 32896-0001
11459258    +E-mail/PDF: gecsedi@recoverycorp.com Feb 20 2009 23:42:09     Lowes,    PO Box 530914,
              Atlanta, GA 30353-0914
12389422     E-mail/PDF: rmscedi@recoverycorp.com Feb 20 2009 23:43:00
              Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
11547530    +E-mail/PDF: rmscedi@recoverycorp.com Feb 20 2009 23:42:28
              Recovery Management Systems Corporation,    For GE Money Bank,    dba LOWES CONSUMER,
              25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
11566011    +E-mail/PDF: rmscedi@recoverycorp.com Feb 20 2009 23:42:49
              Recovery Management Systems Corporation,    For GE Money Bank,    dba JCPENNEY CREDIT SERVICES,
              25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1          User: amcc7              Page 2 of 2             Date Rcvd: Feb 20, 2009
Case: 07-11871                Form ID: pdf002          Total Served: 33

           ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 22, 2009**                    **Signature:**    *Joseph Speetjens*