# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

| In re: | § | Case No. 07-11871 |
|---|---|---|
| TALBOT, ROBERT D | § | |
| | § | |
| Debtor(s) | § | |
| | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

RONALD R. PETERSON, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| Assets Abandoned: | Assets Exempt: |
|---|---|
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $             (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

    4)  This case was originally filed under chapter    on            . The case was pending for    months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/RONALD R. PETERSON_____
                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  | **$** | **$** | **$** | **$** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JENNER & BLOCK LLP | | | | | |
| JENNER & BLOCK LLP | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| INTERNAL REVENUE SERVICE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | $ | $ | $ | $ |

**FORM 1**

Case 07-11871  Doc 65  Filed 07/31/09  Entered 07/31/09 14:51:39  Desc Main
Case 07-11871  INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT  Page: 1
Document      ASSET CASES      Page 6 of 10

Exhibit 8

| Case No: | 07-11871 | ERW | Judge: EUGENE R. WEDOFF | | Trustee Name: | RONALD R. PETERSON |
| Case Name: | TALBOT, ROBERT D | | | | Date Filed (f) or Converted (c): | 07/03/07 (f) |
| | | | | | 341(a) Meeting Date: | 08/06/07 |
| For Period Ending: 07/07/09 | | | | | Claims Bar Date: | 11/13/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property<br>Abandoned<br>OA=554(a) Abandon<br>DA=554(c) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. HARRIS BANK (3 ACCTS) | 50.00 | 0.00 | | 0.00 | 0.00 |
| 2. 3 ACCTS @ CHARTER ONE | 150.00 | 0.00 | | 0.00 | 0.00 |
| 3. CHASE - CHECKING | 500.00 | 0.00 | | 0.00 | 0.00 |
| 4. FURNISHINGS, TV, MISC | 3,000.00 | 0.00 | | 0.00 | 0.00 |
| 5. BEDROOM, LIVING ROOM, DINING ROOM (TO BE SURRENDER | 0.00 | 0.00 | | 0.00 | 0.00 |
| 6. CLOTHING | 200.00 | 0.00 | | 0.00 | 0.00 |
| 7. 2 TERM POLICIES (PRUDENTIAL) | 0.00 | Unknown | | 0.00 | Unknown |
| 8. 2001 OLDS AURURA (TO BE REAFFIRMED) | 5,000.00 | 0.00 | | 0.00 | 0.00 |
| 9. Preference action (u) | 0.00 | 3,100.00 | | 2,500.00 | 0.00 |
|     Preference Action against sister for $3,100. Will propose to the Court that it should be settled for $2,500 on the basis of poverty. | | | | | |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 3.69 | Unknown |

|  |  |  |  |  |
|---|---|---|---|---|
| | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $8,900.00 | $3,100.00 | $2,503.69 | $0.00 |
| | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee has prepared his Final Report and submitted it to the U.S. Trustee for review.

Initial Projected Date of Final Report (TFR): 12/31/09    Current Projected Date of Final Report (TFR): 02/01/09

UST Form 101-7-TDR (4/1/2009) *(Page: 6)*

LFORM1                                                                                                                                    Ver: 14.31b

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 07-11871 -ERW | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|
| Case Name: | TALBOT, ROBERT D | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******6845  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******6073 | | |
| For Period Ending: | 07/07/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/11/07 | 9 | Barbara J. Warner<br>2300 Balmoral Drive<br>Frankfurt, Illinois | Preference | 1241-000 | 500.00 | | 500.00 |
| 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 0.12 | | 500.12 |
| 01/24/08 | 9 | Ms. Barbara Warner | Preference Settlement | 1241-000 | 500.00 | | 1,000.12 |
| 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 0.22 | | 1,000.34 |
| 02/14/08 | 9 | Barbara J. Warner<br>2300 Balmoral Drive<br>Frankfort, Il. | | 1241-000 | 500.00 | | 1,500.34 |
| 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.300 | 1270-000 | 0.28 | | 1,500.62 |
| 03/17/08 | 9 | Barbara Warner<br>2300 Balmoral Drive<br>Frankfurt, Illinois 60423 | | 1241-000 | 500.00 | | 2,000.62 |
| 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 0.39 | | 2,001.01 |
| 04/11/08 | 9 | Barbara J. Warner<br>23000 Balmoral Drive<br>Frankfurt, Illinos 60423 | Preference Recovery | 1241-000 | 500.00 | | 2,501.01 |
| 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 0.46 | | 2,501.47 |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.32 | | 2,501.79 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.31 | | 2,502.10 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.32 | | 2,502.42 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.32 | | 2,502.74 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.31 | | 2,503.05 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.24 | | 2,503.29 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.20 | | 2,503.49 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.13 | | 2,503.62 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,503.64 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,503.66 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.02 | | 2,503.68 |
| 04/10/09 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.01 | | 2,503.69 |
| 04/10/09 | | Transfer to Acct #*******0189 | Final Posting Transfer | 9999-000 | | 2,503.69 | 0.00 |

Page Subtotals  2,503.69  2,503.69

UST Form 101-7-TDR (4/1/2009) *(Page: 7)*

Ver: 14.31b

LFORM24

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |   | | |
|---|---|---|---|---|
| Case No: | 07-11871 -ERW | Trustee Name: | RONALD R. PETERSON | |
| Case Name: | TALBOT, ROBERT D | Bank Name: | BANK OF AMERICA, N.A. | |
| | | Account Number / CD #: | *******6845  Money Market Account (Interest Earn | |
| Taxpayer ID No: | *******6073 | | | |
| For Period Ending: | 07/07/09 | Blanket Bond (per case limit): | $ 5,000,000.00 | |
| | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 2,503.69 | 2,503.69 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 2,503.69 | |
| | | | Subtotal | | 2,503.69 | 0.00 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 2,503.69 | 0.00 | |

| | | Page Subtotals | 0.00 | 0.00 |
|---|---|---|---|---|

UST Form 101-7-TDR (4/1/2009) *(Page: 8)*

Ver: 14.31b

LFORM24

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 07-11871 -ERW | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|
| Case Name: | TALBOT, ROBERT D | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******0189 BofA - Checking Account |
| Taxpayer ID No: | *******6073 | | |
| For Period Ending: | 07/07/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/10/09 | | Transfer from Acct #*******6845 | Transfer In From MMA Account | 9999-000 | 2,503.69 | | 2,503.69 |
| 04/15/09 | 003001 | Internal Revenue Service | | 5800-000 | | 1,812.40 | 691.29 |
| | | Centralized Insolvency Operations | | | | | |
| | | P.O. Box 21126 | | | | | |
| | | Philadelphia, Pa 19114 | | | | | |
| 04/15/09 | 003002 | Jenner & Block LLP | | | | 691.29 | 0.00 |
| | | 330 North Wabash | | | | | |
| | | Chicago, Illinois 60611 | | | | | |
| | | | Fees           625.91 | 2100-000 | | | 0.00 |
| | | | Expenses    65.38 | 2200-000 | | | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 2,503.69 | 2,503.69 | 0.00 |
| Less: Bank Transfers/CD's | 2,503.69 | 0.00 | |
| Subtotal | 0.00 | 2,503.69 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 2,503.69 | |

Page Subtotals     2,503.69     2,503.69

UST Form 101-7-TDR (4/1/2009) *(Page: 9)*

Ver: 14.31b

LFORM24

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 07-11871 -ERW |
| Case Name: | TALBOT, ROBERT D |
| Taxpayer ID No: | *******6073 |
| For Period Ending: | 07/07/09 |

| | |
|---|---|
| Trustee Name: | RONALD R. PETERSON |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******0192  BofA - Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 0.00 | 0.00 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account (Interest Earn - ********6845 | 2,503.69 | 0.00 | 0.00 |
| BofA - Checking Account - ********0189 | 0.00 | 2,503.69 | 0.00 |
| BofA - Checking Account - ********0192 | 0.00 | 0.00 | 0.00 |
| | 2,503.69 | 2,503.69 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals   0.00   0.00